THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ISAAC ACOSTA-ESPINOSA, | CASE NO. C16-5831-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CAROLYN W. COLVIN,[1] | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

It is ORDERED that Defendant's Unopposed Motion for Extension of Time to File an Answer (Dkt. 12) is hereby GRANTED and the Responsive Due Date is amended as follows:

Defendant shall have up to and including February 22, 2017, to file a response to Plaintiff's Complaint.

DATED this 27th day of January 2017.

---

[1] Nancy A. Berryhill is now the Acting Commissioner of the Social Security Administration. Pursuant to Federal Rule of Civil Procedure 25(d), Nancy A. Berryhill is substituted for Carolyn W. Colvin as defendant in this suit. The Clerk is directed to update the docket, and all future filings by the parties should reflect this change.

MINUTE ORDER, C16-5831-JCC
PAGE - 1

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk